QUINN EMANUEL URQUHART & SULLIVAN, LLP
Emily C. Kapur (Cal. Bar No. 306724)
emilykapur@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5000

*Counsel for Defendants THURMAN J. RODGERS, RAJ TALLURI, BETSY ATKINS, PEGAH EBRAHIMI, BERNARD GUTMANN, JOSEPH MALCHOW, GREGORY REICHOW, HARROLD RUST, EMMANUEL T. HERNANDEZ, JOHN D. MCCRANIE, AND STEFFEN PIETZKE*

*Counsel for Nominal Defendant ENOVIX CORPORATION*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ROSS THOMAS, derivatively on behalf of ENOVIX CORPORATION,

Plaintiff,

vs.

THURMAN J. RODGERS, RAJ TALLURI, BETSY ATKINS, PEGAH EBRAHIMI, BERNARD GUTMANN, JOSEPH MALCHOW, GREGORY REICHOW, HARROLD RUST, EMMANUEL T. HERNANDEZ, JOHN D. MCCRANIE, and STEFFAN PIETZKE,

Defendants,

and,

ENOVIX CORPORATION,

Nominal Defendant.

Case No. 3:26-cv-01988-SI

**JOINT STIPULATION TO STAY PROCEEDINGS AND ORDER**

Complaint Filed: March 6, 2026
Trial Date: Not Set

Judge: Hon. Susan Illston

Plaintiff Ross Thomas, derivatively for the benefit of Enovix Corporation ("Plaintiff"), and Defendants Thurman J. Rodgers, Raj Talluri, Betsy Atkins, Pegah Ebrahimi, Bernard Gutmann, Joseph Malchow, Gregory Reichow, Harrold Rust, Emmanuel T. Hernandez, John D. McCranie, and Steffen Pietzke[1] ("Individual Defendants"), and Nominal Defendant Enovix Corporation ("Enovix") (together with the Individual Defendants, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, a putative securities class action captioned *In re Enovix Corporation Securities Litigation*, Case No. 3:23-cv-0071-SI (N.D. Cal.) (the "Securities Class Action") alleging violations of the federal securities laws against Enovix and certain of its officers and directors is pending before the Honorable Judge Susan Illston in the United States District Court for the Northern District of California;

WHEREAS, on March 6, 2026, Plaintiff filed a Verified Stockholder Derivative Complaint in this Court against the Individual Defendants (the "Derivative Action");

WHEREAS, Enovix, Thurman J. Rodgers, Betsy Atkins, Pegah Ebrahimi, Joseph Malchow, Gregory Reichow, Harrold Rust, Emmanuel T. Hernandez, John D. McCranie, and Steffen Pietzke, named Defendants in this action, were also initially named as defendants in the Securities Class Action;

WHEREAS, on August 8, 2024, the Honorable Judge Susan Illston dismissed Joseph Malchow and Pegah Ebrahimi from the Securities Class Action pursuant to a stipulation between the parties;

WHEREAS, Plaintiff has agreed to voluntarily dismiss Joseph Malchow and Pegah Ebrahimi from the Derivative Action;

WHEREAS, undersigned counsel has agreed to accept service of the Verified Stockholder Derivative Complaint on behalf of Defendants;

WHEREAS, on April 21, 2026, the Honorable Susan Illston issued an order denying plaintiffs' motion for class certification in the Securities Class Action (*In re Enovix Corp. Sec. Litig.*,

---

[1] Mistakenly named as Steffan Pietzke in the Complaint.

2026 WL 1078569 (N.D. Cal. Apr. 21, 2026)), and that ruling remains subject to a pending petition for permission to appeal to the Ninth Circuit under Federal Rule of Civil Procedure 23(f);

WHEREAS, the Parties have conferred and agree that there is significant overlap between the subject matter, parties, factual allegations, and legal issues in the Derivative Action and the Securities Class Action;

WHEREAS, the Parties agree that, in the interests of judicial economy and efficiency, it is appropriate to stay the Derivative Action pending the final resolution of the Securities Class Action, including any appeals therefrom; and

WHEREAS, Defendants reserve all rights, defenses, and objections during the pendency of the stay.

IT ACCORDINGLY IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, subject to the Court's approval, that:

1. Counsel for Defendants accepts service of the Verified Stockholder Derivative Complaint on behalf of all Defendants. Defendants do not, by accepting service, waive any defense other than as to the manner and form of service.
2. Individual Defendants Pegah Ebrahimi and Joseph I. Malchow are dismissed from the Derivative Action.
3. The Derivative Action is stayed pending the final resolution of the Securities Class Action, Case No. 3:23-cv-00071-SI (N.D. Cal.). For purposes of this Stipulation, "final resolution" means entry of a final, non-appealable judgment resolving all claims in the Securities Class Action.
4. No discovery shall be taken or sought in the Derivative Action during the pendency of the stay, and Plaintiff shall not serve any discovery requests, subpoenas, or other process on Defendants or any non-party in connection with the Derivative Action during the stay.

IT IS SO STIPULATED.

DATE: May 20, 2026

SCHUBERT JONCKHEER & KOLBE LLP

By: /s/ *Dustin L. Schubert*

Dustin L. Schubert (Cal. Bar No. 254876)
SCHUBERT JONCKHEER & KOLBE LLP
2001 Union Street, Suite 200
San Francisco, CA 94123
Tel: (415) 788-4220
dschubert@sjk.law

Justin A. Kuehn (pro hac vice forthcoming)
Molly J. Brown (pro hac vice forthcoming)
KUEHN LAW, PLLC
53 Hill Street, Suite 605
Southampton, NY 11968
Tel: (833) 672-0814
justin@kuehn.law
molly@keuhn.law

*Attorneys for Plaintiff*

DATE: May 20, 2026

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: /s/ *Emily C. Kapur*

Emily C. Kapur (Cal. Bar No. 306724)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5000
emilykapur@quinnemanuel.com

*Attorneys for Defendants and Nominal Defendant*

**E-FILING ATTESTATION**

I, Emily C. Kapur, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatory.

*/s/ Emily C. Kapur*
Emily C. Kapur

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

1. Counsel for Defendants accepts service of the Verified Stockholder Derivative Complaint on behalf of all Defendants effective May 20, 2026 without waiving any defense other than as to the manner and form of service.
2. Individual Defendants Pegah Ebrahimi and Joseph I. Malchow are dismissed from this action.
3. This action is stayed pending final resolution of Case No. 3:23-cv-00071-SI, before the United States District Court in the Northern District for California.
4. No discovery shall be taken or sought in this action during the pendency of the stay.

DATED: May 20, 2026

Susan Illston

The Honorable Susan Illston
United States District Judge